

# THE THIRTEENTH COURT OF APPEALS

13-19-00158-CV

In re The Commitment of Randall Mark Driggers

On Appeal from the
144th District Court of Bexar County, Texas
Trial Cause No. 2018CI02134

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Randall Mark Driggers, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

December 12, 2019